UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN P. R.,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 5:25-cv-02020-ODW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Answer, Motion for Summary Judgment, Defendant's Brief, Plaintiff's Response to Defendant's Brief, [Dkt. No. 17.], all the records and files herein, along with the September 15, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 19], and the Objections to the Report and Recommendation, [Dkt. No. 20]. The Court

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. Plaintiff's objections are overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 19], is accepted;
2. The Motion for Summary Judgment [Dkt. No. 13] is denied;
3. The decision of the Commissioner denying benefits is affirmed;
4. The above-captioned case is dismissed with prejudice; and
5. Judgment shall be entered accordingly.

DATED: October 19, 2026



THE HONORABLE OTIS D. WRIGHT, II
United States District Judge