JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN P. R.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 5:25-cv-02020-ODW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and the above-captioned case is dismissed with prejudice.

DATED: October 19, 2026

THE HONORABLE OTIS D. WRIGHT, II
United States District Judge